UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TINA ROBINSON                              )
                    Plaintiff,             )
                                           )
v.                                         )        **JUDGMENT**
                                           )
                                           )        No. 5:19-CV-329-FL
ANDREW SAUL, Commissioner of               )
Social Security,                           )
                    Defendant.             )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 27, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,800.00.

**This Judgment Filed and Entered on May 27, 2020, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

May 27, 2020                          PETER A. MOORE, JR., CLERK


                                       _/s/ Sandra K. Collins_____
                                      (By) Sandra K. Collins, Deputy Clerk